**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

EDDIE DUNNING,

    Plaintiff,                                              CASE NO. 0:11-cv-62080-WPD

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

**PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, EDDIE DUNNING ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Pembroke Pines, Broward County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Norfolk, Virgina.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Since approximately June 2011, Defendant constantly and continuously placed collection calls to Plaintiff regarding an alleged debt.

10. Defendant calls Plaintiff up to four times per day.

11. Defendant calls Plaintiff from various numbers including 847-994-2545, 847-994-2553, 847-994-2550, 847-994-2557, and 847-994-2555.

12. Plaintiff has asked Defendant to stop calling but Defendant continued to call Plaintiff.

13. On August 21, 2011, the undersigned notified Defendant that Plaintiff was represented by counsel.  *See* Exhibit A.

14. Despite being so notified, Defendant continued to contact Plaintiff throughout October 2011.  *See* Exhibit B – Caller-ID Photographs.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a) Defendant violated §1692c(a)(2) of the FDCPA by contacting Plaintiff after being notified he was represented by counsel.

   b) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

   c) Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
 Shireen Hormozdi
 Krohn & Moss, Ltd
 10474 Santa Monica Blvd., Suite 401
 Los Angeles, CA 90025
 Phone: (323) 988-2400 ext. 267
 Fax:    (866) 802-0021
 Attorney for Plaintiff
 FBN: 0882461

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, EDDIE DUNNING, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF BROWARD)

Plaintiff, EDDIE DUNNING, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, EDDIE DUNNING, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2-21-2012

EDDIE DUNNING
Plaintiff

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL                 5