# Hormozdi, Shireen

| | |
|---|---|
| **From:** | Hormozdi, Shireen |
| **Sent:** | Sunday, August 21, 2011 3:59 PM |
| **To:** | 'szahn@portfoliorecovery.com' |
| **Cc:** | 'Adrienne Rowberry' |
| **Subject:** | Dunning, Eddie v. Portfolio Recovery Associates, LLC |
| **Attachments:** | Complaint - Dunning, Eddie v. Portfolio Recovery Associates.pdf |

Dear Adrienne and Steve,

Does PRA have any interest in resolving the attached case pre-suit?  Please let me know.

Thank you.

Shireen Hormozdi
Attorney at Law
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com
Web: www.krohnandmoss.com

Connect With Us

1/9/2012